Aug. 13,
1875. }          GRAY v. WHITE MTS. (N. H.) RAILROAD.

*Practice—Reference of causes.*

An order was made by the circuit court, sending an appeal from an assessment of land damages by the railroad commissioners and selectmen to a referee for trial; but no action was taken under the order by reason of exceptions which were transferred to this court. Before the exceptions were reached for decision here, the statute was amended by excluding such cases from its operation. *Held,* that the order of reference should be rescinded.

FROM Coös CIRCUIT COURT. ·

APPEAL from an award of land damages by the railroad commissioners and selectmen of Northumberland. On motion of the defendants, and against the plaintiff's objection, the cause was sent to a referee, under the provisions of the act of 1874. The questions of law and discretion thereupon arising were transferred to the superior court for determination by CUSHING, C. J.

*Fletcher & Heywood* and *Crawford,* for the plaintiff.

*Ray & Drew* and *Bingham,* for the defendants.

*LADD, J. We have lately decided that that part of sec. 13, ch. 79, of the act of 1874, which provides for committing certain causes to referees for trial, is not in conflict with the constitution. *Copp* v. *Henniker,* 55 N. H. 179. At the time the order was made in the present case, the act was clearly broad enough to include it; but since that time, and while the matter has been pending in this court, the law has been amended by excepting causes of this sort from its operation;—and, inasmuch as no commission has been issued and no steps taken for a hearing, we are of opinion that the order of reference should be rescinded, so that the cause may proceed according to the law now in force.

SMITH, J., and FOSTER, C. J., C C., concurred.

                                        *Case discharged.*

---

* CUSHING, C. J., having presided at the trial, did not sit.